```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
    ATLANTA DIVISION
```

| | |
|---|---|
| RIGOBERTO SANCHEZ, | CRIMINAL ACTION<br>1:07-CR-412-CAP-GGB-10 |
| Movant, | CIVIL ACTION |
| v. | NO. 1:10-CV-2938-CAP |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**O R D E R**

This action is before the court on the Report and Recommendation ("R&R") of the magistrate judge [Doc. No. 942] and the movant's objections thereto [Doc. No. 953]. The court agrees with the report and recommendation of the magistrate judge, and it is received with approval and ADOPTED as the opinion and order of this court.

SO ORDERED, this 30th day of January, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge